**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MC & MV, Corp. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 66-0718797 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>Carretera 876 #863<br>Trujillo Alto, PR    ZIPCODE 00976 | Street Address of Joint Debtor (No. and Street, City, and State)    ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Trujillo Alto | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 591<br>Saint Just Station<br>Saint Just Station, PR    ZIPCODE 00978 | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other
   Manufacturing

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☑ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.1-758 - 30906-302Y-09610

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> MC & MV, Corp. | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:    NONE | Case Number: | Date Filed: |
| Location <br> Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br>    Myrna Sweet Delicious Inc. | Case Number: | Date Filed: <br> March 16, 2011 |
| District: <br>    District of Puerto Rico | Relationship: <br> Intercompanies | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> **X** _____ <br>     Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. , ver. 4.6.1-758 - 30906-302Y-09610

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> MC & MV, Corp. |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br><br> **X** _____ <br> Signature of Debtor <br><br> **X** _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached. <br><br> ☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> (Date) |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** _____ <br> Signature of Attorney for Debtor(s) <br><br> WIGBERTO LUGO-MENDER 212304 <br> Printed Name of Attorney for Debtor(s) <br><br> Wigberto Lugo Mender & Co <br> Firm Name <br><br> Centro Internacional de Mercadeo <br> Address <br><br> Carr 165 Torre I Suite 501Guaynabo PR 00968 <br><br> 787 707 0404 <br> Telephone Number <br><br> March 16, 2011 <br> Date <br> \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> _____ <br><br> **X** _____ <br><br> _____ <br> Date <br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br> Signature of Authorized Individual <br><br> MYRNA CABRERA MEDINA <br> Printed Name of Authorized Individual <br><br> President <br> Title of Authorized Individual <br><br> March 16, 2011 <br> Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver 4.6.1-758 - 30906-302Y-09610

# MC & MV, Corp.

## MINUTA SOBRE RESOLUCION CORPORATIVA

**MC & MV, Corp.** corporación constituida de conformidad a las leyes del Estado Libre Asociado de Puerto Rico, por ésta certifica:

**PRIMERO**: Que en reunión de la Junta de Directores y Accionistas de ésta corporación, celebrada el 17 de enero de 2011, quedo resuelto solicitar la protección del Tribunal Federal de Quiebras con la radicación inmediata de una petición de reorganización corporativa de conformidad al Capitulo 11 del Código de Quiebras. La resolución adoptada por la Junta de Directores y Accionista fue como sigue:

En el mejor interés de la Empresa se autoriza en presentar una petición de reorganización en conformidad al Capitulo 11 del Código Federal de Quiebras. De igual forma se autoriza al Sra. Myrna Cabrera Medina, Presidenta de la Corporación a que represente a esta en este proceso, incluyendo la contratación de los servicios profesionales necesarios para esta encomienda.

EN TESTIMONIO DE LO CUAL, el aquí suscribiente certifica que los datos contenidos en esta resolución son ciertos, hoy 25 de enero de 2011.

_____
Secretario (a)

(Sello Corporativo)



# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re ___MC & MV, Corp.___ ,

      Debtor

Case No. _____

Chapter   11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

  Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jonathan Morales Carrasquillo GPO Box 1458 Trujillo Alto PR 00976 | Jonathan Morales Carrasquillo GPO Box 1458 Trujillo Alto PR 00976 787.283.1786 | Vacations & Bonus | | 2,122.50 |
| Aida I Rojas Villa Fontana 3HS 13 Via 56 Carolina PR 00983 | Aida I Rojas Villa Fontana 3HS 13 Via 56 Carolina PR 00983 787.903.1743 | Vacations & Bonus | | 2,129.47 |
| José A. Gonzalez Urb Venus Gardens Oeste BD-5 Calle 6 San Juan PR 00926 | José A. Gonzalez Urb Venus Gardens Oeste BD-5 Calle 6 San Juan PR 00926 787.391.6370 | Vacations & Bonus | | 2,224.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Nelson Adorno Morales Urb Altamira Calle Igualdad A-11 Fajardo PR 00732 | Nelson Adorno Morales Urb Altamira Calle Igualdad A-11 Fajardo PR 00732 787.718.4999 | Vacations & Bonus | | 2,310.00 |
| Luz Evely Rivera de Jesus 120 Geranio Buzon 378 Buenaventura Carolina PR 00986 | Luz Evely Rivera de Jesus 120 Geranio Buzon 378 Buenaventura Carolina PR 00986 787.637.7195 | Vacations & Bonus | | 2,692.89 |
| Angel March Calle Madison #K-17 Guaynabo PR 00969 | Angel March Calle Madison #K-17 Guaynabo PR 00969 | Trade Debt | | 3,175.00 |
| Gustavo Torres Decos Accounting Group PO Box 80 Guyanabo PR 00970-0080 | Gustavo Torres Decos Accounting Group PO Box 80 Guyanabo PR 00970-0080 787.414.7887 | Rent | | 4,369.25 |
| Caribbean Multi Products Inc. PO Box 1050 Dorado PR 00646-1050 | Caribbean Multi Products Inc. PO Box 1050 Dorado PR 00646-1050 787.794.0700 | Trade Debt | | 4,937.54 |
| Dade Paper PO Box 51535 Toa Baja PR 00950-1535 | Dade Paper PO Box 51535 Toa Baja PR 00950-1535 939.642.5135 | Trade Debt | | 6,729.57 |
| San Juan Trading Mario Julia Industrial Park 641 Calle B San Juan PR 00920 | San Juan Trading Mario Julia Industrial Park 641 Calle B San Juan PR 00920 787.783.9300 | Trade Debt | | 6,960.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Ballester & Hnos PO Box 364548 San Juan PR 00936-4548 | Ballester & Hnos PO Box 364548 San Juan PR 00936-4548 787.439.6420 | Trade Debt | | 7,238.90 |
| Melissa Sales Corp PO Box 6335 San Juan PR 00914-6335 | Melissa Sales Corp PO Box 6335 San Juan PR 00914-6335 787.646.7050 | Trade Debt | | 8,961.83 |
| Caribbean Produce PO Box 11990 San Juan PR 00922-1990 | Caribbean Produce PO Box 11990 San Juan PR 00922-1990 787.793.0750 | Trade Debt | | 9,310.00 |
| Caribe Industrial Systems Inc. PO Box 60980 Bayamón PR 00960 | Caribe Industrial Systems Inc. PO Box 60980 Bayamón PR 00960 787.398.1105 | Trade Debt | | 10,081.37 |
| Myrna Cabrera Medina PO Box 591 Saint Just Station Saint Just PR 00978 | Myrna Cabrera Medina PO Box 591 Saint Just Station Saint Just PR 00978 787.755.0534 | Personal Loan | | 10,994.00 |
| Alamo Caribe Bakery PO Box 11946 San Juan PR 00922-1946 | Alamo Caribe Bakery PO Box 11946 San Juan PR 00922-1946 | Trade Debt | | 13,108.95 |
| Efraín Nuñez Inc. PO Box 191478 San Juan PR 00919-1478 | Efraín Nuñez Inc. PO Box 191478 San Juan PR 00919-1478 787.638.8833 | Trade Debt | | 15,623.74 |
| Myrna Cabrera Medina PO Box 591 Saint Just Station Saint Just Station PR 00978 | Myrna Cabrera Medina PO Box 591 Saint Just Station Saint Just Station PR 00978 787.755.0534 | Vacations & Bonus | | 16,800.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.1-758 - 30906-302Y-09610

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| Dawn Food International Inc. PO Box 12002 San Juan PR 00922-2002 | Dawn Food International Inc. PO Box 12002 San Juan PR 00922-2002 787.608.8471 | Trade Debt | | 23,609.79 |
| Helapan Inc. PO Box 128 Cataño PR 00963 | Helapan Inc. PO Box 128 Cataño PR 00963 787.368.4867 | Trade Debt | | 77,539.50 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    March 16, 2011

Signature

MYRNA CABRERA MEDINA,
President

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.1-758 - 30906-302Y-09610

B203
12/94

# United States Bankruptcy Court
## District of Puerto Rico

In re MC & MV, Corp.

Case No. _____

Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept ...........................………………………….. $ _____0.00_____

    Prior to the filing of this statement I have received .........…………………................. $ ___5,000.00___

    Balance Due ........................................……………………………………................. $ _____0.00_____

2.  The source of compensation paid to me was:

    ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☑ Other (specify)

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☑ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. [Other provisions as needed]
    Payments of fees and expenses in this case are subject to the filing of an application for compensation to be served to creditors and parties in interest, and to be approved by the Honorable Court.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-3021-09610

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

March 16, 2011
_____
Date

/S/ Wigberto Lugo Mender
_____
Signature of Attorney

Wigberto Lugo Mender & Co
_____
Name of law firm

# United States Bankruptcy Court
### District of Puerto Rico

In re     MC & MV, Corp.            Case No. _____

                   Debtor

                                      Chapter    11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 69,129.82 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 12 | | $ 163,655.19 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 216,327.63 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 26 | $ 69,129.82 | $ 379,982.82 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

# United States Bankruptcy Court
### District of Puerto Rico

In re    MC & MV, Corp.                  Case No.    _____

                Debtor

                                          Chapter    __11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

In re <u>MC & MV, Corp.</u>                        Case No. _____

<b>Debtor</b>                                        <b>(If known)</b>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re   MC & MV, Corp.                                          Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BPPR Bank Account<br>Account # 245278569<br>in the name of MC & MV Corp.<br>Balnce as of March 15, 2011 | | 158.30 |
| | | BPPR Account<br>Account # 245278578<br>in the name of MC & MV Corp.<br>Balance as of March 15, 2011 | | 3,023.02 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re   MC & MV, Corp.                                   Case No. _____
       **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accouts Receivable<br>Delicious Deli: $545.77<br><br>Accounts Receivables<br>Sweet Investment Inc.: (Pending to reconciliation)<br>Myrna Sweet Sales Inc. $34,499 | | 545.77<br><br>34,499.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re   MC & MV, Corp.                Case No. _____

           **Debtor**                                         **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Inventory "Raw Material" <br><br> Inventory as of March 15, 2011 <br> See Details in Exhibit 1 <br><br> Finished Inventory <br> Value at cost. <br> Warehouse: $2,367.68 <br> Store: $635.24 | | 27,900.81 <br><br><br><br> 3,002.92 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                  0

                _____ continuation sheets attached    Total     $    69,129.82

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)



*EXHIBIT 1*

| PRODUCTO | COSTO | CANTIDAD | FECHA EXP | INVENTARIO | COSTO DETALLADO | COSTO TOTAL |
|---|---|---|---|---|---|---|
| QUESO | $ 47.95 | 30 | 3/3/2011 | 3 | 1.60 | $ 143.85 |
| MANTEQUILLA SALADA | $136.00 | 68 | | 5 | 2.00 | $ 680.00 |
| HUEVOS | $ 32.50 | 30 | | 0 | 1.08 | $ - |
| CLARAS DE HUEVO | $ 28.99 | 30 | | 5 | 0.97 | $ 144.95 |
| MANT. COUNTRY CROCK | $ 36.08 | 18 | 5/31/2011 | 2.5 | 2.00 | $ 90.20 |
| AZUCAR GRANULADA | $ 43.09 | 50 | | 4 | 0.86 | $ 172.36 |
| AZUCAR EN POLVO | $ 45.99 | 50 | | 10 | 0.92 | $ 459.90 |
| AZUCAR DOMINO | $ 64.68 | 12 | | 14 | 5.39 | $ 905.52 |
| HARINA PRESTO | $ 34.80 | 6 | | 18 | 5.80 | $ 626.40 |
| CUBOS DE MANTEQUILLA | $ 29.61 | 12 | | 6 | 2.47 | $ 177.66 |
| CUBOS DE QUESO | $ 21.00 | 12 | | 8 | 1.75 | $ 168.00 |
| LIQUIDO MOJAR | $ 17.72 | 18 | | 22 | 0.98 | $ 389.84 |
| CARROT CAKE BASE | $ 62.95 | 50 | | 0 | 1.26 | $ - |
| CORN CAKE BASE | $ 41.95 | 50 | | 4 | 0.84 | $ 167.80 |
| WHOLE GRAIN VAINILLA | $ 53.31 | 50 | | 4 | 1.07 | $ 213.24 |
| CREAM CHEESE ICING | $ 39.95 | 18 | 6/11/2010 | 19 | 2.22 | $ 759.05 |
| CREAM CHEESE ICING | $ 39.95 | 18 | 8/11/2010 | 0 | 2.22 | $ - |
| MEREQUE H &H | $ 93.00 | 15 | | 1 | 6.20 | $ 93.00 |
| PRESERVATIVO MOLDAN | $135.80 | 4 | | 1 | 33.95 | $ 135.80 |
| PRESERVATIVO POLVO | $ 4.00 | 55.115 | | 0.5 | 0.07 | $ 2.00 |
| DAWN CHOCO FUDGE | $ 49.95 | 18 | 1-Mar | 1 | 2.78 | $ 49.95 |
| ACEITE VEGETAL | $ 28.95 | 2 | | 4 | 14.48 | $ 115.80 |
| KAKE BAKE | $ 47.95 | 50 | | 7 | 0.96 | $ 335.65 |
| PANGRESSE | $ 68.95 | 40 | | 3 | 1.72 | $ 206.85 |
| PAN SRAY OIL | $ 25.95 | 6 | | 9 | 4.33 | $ 233.55 |
| AMARETTO | $201.84 | 12 | | 2 | 16.82 | $ 403.68 |
| DARK TRUFFLER | $ 61.88 | 20 | | 6 | 3.09 | $ 371.28 |
| VAINILLA VIRGIA | $ 35.16 | 4 | | 2.5 | 8.79 | $ 87.90 |
| EMULCION ALMENDRA | $ 47.00 | 4 | | 2 | 11.75 | $ 94.00 |
| EMULCION ALM GASCO | $ 46.00 | 4 | | | 11.50 | $ - |
| EMULCION CHINA | $ 83.00 | 4 | | 3 | 20.75 | $ 249.00 |
| EMULCION LIMON | $ 70.12 | 4 | | 1 | 17.53 | $ 70.12 |
| EMULCION PISTACHIO | $166.84 | 4 | | 1 | 41.71 | $ 166.84 |
| CHOCO SIROP MONIN | $ 99.00 | 12 | | 2 | 8.25 | $ 198.00 |
| ALMOND SLICE | $105.00 | 25 | | 0.5 | 4.20 | $ 52.50 |
| HARINA SELF RAISING | $ 24.95 | 25 | | 0 | 1.00 | $ - |
| ALMOND PASTE | $135.00 | 45 | | 2 | 3.00 | $ 270.00 |
| ALMOND PASTE | $ 21.00 | 1 | | 3 | 21.00 | $ 63.00 |
| AZUCAR SPLENDA | $ 14.99 | 1 | | 4 | 14.99 | $ 59.96 |
| PWP 9" | $ 57.00 | 100 | | 2.5 | 0.57 | $ 142.50 |
| PWP10" | $ 61.30 | 100 | | 1 | 0.61 | $ 61.30 |
| PWP 11" | $104.00 | 300 | | 0.5 | 0.35 | $ 52.00 |
| PWP 11"-45 | $ 73.00 | 100 | | 4 | 0.73 | $ 292.00 |
| SHOW BOUL 16 OZ | $ 69.95 | 300 | | 4 | 0.23 | $ 279.80 |
| 07-FL | $ 50.00 | 300 | | 1 | 0.17 | $ 50.00 |
| O7-64 | $ 85.00 | 300 | | 1 | 0.28 | $ 85.00 |
| CJ 8X8X4  SAN VALENTIN | $ 37.00 | 100 | | 43 | 0.37 | $ 1,591.00 |
| CJ10X10X4 SAN VELENTIN | $ 41.77 | 100 | | 5 | 0.42 | $ 208.85 |

# INVENTARIO          03/15/11

| | | | | | | |
|---|---|---|---|---|---|---|
| CORAZON MINI | $ 33.00 | 30 | | 46 | 1.10 | $ 1,518.00 |
| CJ10X10X5 KRAFT | $ 45.30 | 100 | | 61 | 0.45 | $ 2,763.30 |
| CJ 12X12X5 | $ 52.04 | 50 | | 0.5 | 1.04 | $ 26.02 |
| CJ 14X14X5 | $ 28.97 | 50 | | 2 | 0.58 | $ 57.94 |
| CJ 16X16X5 | $ 39.90 | 50 | | 1 | 0.80 | $ 39.90 |
| CJ 19X14X5 | $ 89.98 | 50 | | 0.5 | 1.80 | $ 44.99 |
| BASE 183/4X133/4 | $ 54.00 | 50 | | 2.5 | 1.08 | $ 135.00 |
| DISCO 10' | $ 79.52 | 200 | | 3 | 0.40 | $ 238.56 |
| DISCO 11' | $ 64.24 | 100 | | 4 | 0.64 | $ 256.96 |
| DISCO 14' | $ 78.18 | 100 | | 4.5 | 0.78 | $ 351.81 |
| DISCO 16' | $ 52.61 | 50 | | 2.75 | 1.05 | $ 144.68 |
| DISCO 18' | $ 47.00 | 125 | | 1 | 0.38 | $ 47.00 |
| CUP DE 12 | $ 52.70 | 100 | | 0 | 0.53 | $ - |
| CJ EMP. BABY 14X14 | $ 1.52 | 1 | | 200 | 1.52 | $ 304.00 |
| CJ EMP. ME 20X20 | $ 2.20 | 1 | | 220 | 2.20 | $ 484.00 |
| CJ EMP. XL 23X23 | $ 2.80 | 1 | | 125 | 2.80 | $ 350.00 |
| CJ SM RECT LAVANDA | $172.56 | 250 | | 20 | 0.69 | $ 3,451.20 |
| CJ SM RECT DORADA | $172.56 | 250 | | | 0.69 | $ - |
| CJ SM RECT PLATA | $172.56 | 250 | | | 0.69 | $ - |
| CJ 18X14.5X5 | $ 37.47 | 50 | | 1 | 0.75 | $ 37.47 |
| CJ 19.5X14 DECORADA | $ 89.00 | 50 | | 2 | 1.78 | $ 178.00 |
| CUP DE PAPEL 4.5 | $ 38.99 | 10000 | | 4 | 0.00 | $ 155.96 |
| CUP DE PAPEL 3.5 | $ 38.51 | 10000 | | 5.5 | 0.00 | $ 211.81 |
| MOLDE ALUM. 9' ROUND | $ 32.76 | 300 | | 4 | 0.11 | $ 131.04 |
| MOLDE 1/4 PLACA ALUM. | $ 29.90 | 100 | | 1 | 0.30 | $ 29.90 |
| TAPA 1/4 PLACA | $ 37.00 | 100 | | 1 | 0.37 | $ 37.00 |
| MOLDE RECT 747 | $ 44.00 | 500 | | 0.5 | 0.09 | $ 22.00 |
| MOLDES COSTCO | $131.93 | 480 | | 10 | 0.27 | $ 1,319.30 |
| MODES CUP DELUXE | $189.24 | 2000 | | 5 | 0.09 | $ 946.20 |
| PAPEL DE ALUMINIO | $ 30.95 | 1 | | 2 | 30.95 | $ 61.90 |
| SARAM WRAP | $ 18.95 | 1 | | 2 | 18.95 | $ 37.90 |
| TAPE GRUESO | $ 46.80 | 36 | | 2.75 | 1.30 | $ 128.70 |
| TAPE FINO | $ 45.12 | 96 | | 3.75 | 0.47 | $ 169.20 |
| PAN LINER | $ 56.00 | 1000 | | 0.5 | 0.06 | $ 28.00 |
| GORROS | $ 30.77 | 1000 | | 0.5 | 0.03 | $ 15.39 |
| DOILLIES #6 | $ 8.06 | 1000 | | 4 | 0.01 | $ 32.24 |
| DOLLIES #10 | $ 21.05 | 1000 | | 3 | 0.02 | $ 63.15 |
| RIBBON | $ 12.50 | 1 | | 4 | 12.50 | $ 50.00 |
| SELLOS DE NUTRICION | $ 10.98 | 1000 | | 60 | 0.01 | $ 658.80 |
| SELLOS DELUXE | $ 22.00 | 1000 | | 45 | 0.02 | $ 990.00 |
| SELLOS LAZOS MSWEET | $ 3.20 | 500 | | 132 | 0.01 | $ 422.40 |
| BANDA 155X55 CON LAZO | $ 22.25 | 1000 | | 3 | 0.02 | $ 66.75 |
| BANDA 390X105 | $ 45.50 | 1000 | | 1 | 0.05 | $ 45.50 |
| BANDA 155X55 | $ 10.55 | 1000 | | 25 | 0.01 | $ 263.75 |
| BANDA 210 | $ 16.40 | 1000 | | 10 | 0.02 | $ 164.00 |
| BANDA PRE FORM 400 | $ 43.00 | 1000 | | 7 | 0.04 | $ 301.00 |
| | | | | | | $ 27,900.81 |

In re   MC & MV, Corp.                                    Case No. _____
            **Debtor**                                                            **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds
      $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re ___MC & MV, Corp._____ ,          Case No. _____

Debtor                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[✓] Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

__0__ continuation sheets attached

Subtotal ▶  (Total of this page)          $   0.00     |  $   0.00

Total ▶  (Use only on last page)          $   0.00     |  $   0.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re___MC & MV, Corp._____,     Case No._____
                    Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

**B6E (Official Form 6E) (04/10) - Cont.**

In re MC & MV, Corp. _____,   Case No._____
         Debtor                                                      (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc.,  ver  4.6.1-758 - 30906-302Y-09610

___10___ **continuation sheets attached**

In re __MC & MV, Corp._____,   Case No. _____
          Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4012<br>Aida I Rojas<br>Villa Fontana 3HS 13<br>Via 56<br>Carolina PR 00983 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $1,529.47 | | | | 2,129.47 | 1,262.80 | 866.67 |
| ACCOUNT NO. 0634<br>Amelia M. Peña Moreno<br>RR#2 Box 777<br>San Juan PR 00926 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Vacations $870.00<br>Bonus $600.00 | | | | 1,470.00 | 1,035.00 | 435.00 |
| ACCOUNT NO. 4681<br>Carilyn Colon Correa<br>HC-01 Box 12165<br>Carolina PR 00985 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Bonus $592.09<br>Vacations $398.75 | | | | 990.84 | 990.84 | 0.00 |
| ACCOUNT NO. 4370<br>Carmen Almestica<br>Calle 8 H-358<br>Rio Grande PR 00745 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus<br>Bonus $600.00<br>Vacations $580.00 | | | | 1,180.00 | 1,035.00 | 145.00 |

Sheet no. _1_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 5,770.31 | $ 4,323.64 | $ 1,446.67 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re  MC & MV, Corp.                              ,        Case No. _____
_____
Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9150<br><br>Carmen Collazo Tosca<br>Villas de Caney A-12 Calle 3<br>Trujilo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus<br>Vacations $522.00<br>Bonus $600.00 | | | | 1,122.00 | 1,035.00 | 87.00 |
| ACCOUNT NO.  1975<br><br>Cruz Hernandez<br>Calle 2 #323<br>Bo Santo Domingo<br>Saint Just<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus<br>Vacations $1,498.00<br>Bonus $600.00 | | | | 2,098.00 | 1,035.00 | 1,063.00 |
| ACCOUNT NO.  9369<br><br>Elisa Santiago<br>Cond Los Claveles II<br>Apt 512<br>Trujillo Alto | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $1,196.25 | | | | 1,796.25 | 1,035.00 | 761.25 |
| ACCOUNT NO.  2943<br><br>Frances R. Rios<br>Jardines de Trujillo Alto<br>Edif F Apt 501<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $150.00 | | | | 750.00 | 750.00 | 0.00 |

Sheet no. 2 of 10 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 5,766.25 | $ 3,855.00 | $ 1,911.25 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

B6E (Official Form 6E) (04/10) - Cont.

In re ___MC & MV, Corp._____ ,     Case No. _____
             Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1013<br><br>Inette Cruz Hernández<br>Calle 13 L4<br>Loma Alta<br>Carolina PR 00987 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Bonus $600.00<br>Vacatiosn $196.88 | | | | 796.88 | 796.88 | 0.00 |
| ACCOUNT NO. 8792<br><br>Iris Z. Mendez Lugo<br>PMB 455<br>PO Box 2500<br>Toa Baja PR 00957 | | | Incurred: 2010-2011<br>Consideration:<br>Vacations | | | | 72.50 | 72.50 | 0.00 |
| ACCOUNT NO. 2739<br><br>Jonathan Morales Carrasquillo<br>GPO Box 1458<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus<br>Vacations $1,522.50<br>Bonus $600.00 | | | | 2,122.50 | 1,035.00 | 1,087.50 |
| ACCOUNT NO. 0128<br><br>Jose Amador Nater<br>PO BOx 194508<br>San Juan PR 00919 | | | Incurred: 2010-2011<br>Consideration:<br>Vacations | | | | 190.31 | 190.31 | 0.00 |

Sheet no. _3_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal ➤ (Totals of this page) | $ 3,182.19 | $ 2,094.69 | $ 1,087.50 |
|---|---|---|---|---|
|  | Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
|  | Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re ___MC & MV, Corp.___ ,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6659<br><br>Josselyn Betancourt López<br>Bo. Carraizo Carr 843 K2#8<br>Trujillo Alto, PR 00926 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Vacations $797.50<br>Bonus $600.00 | | | | 1,397.50 | 1,035.00 | 362.50 |
| ACCOUNT NO. 2336<br><br>Josselyn Delgado<br>HC-61 Box 611<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $693.32 | | | | 1,293.32 | 1,035.00 | 258.32 |
| ACCOUNT NO. 1514<br><br>José A. Gonzalez<br>Urb Venus Gardens Oeste<br>BD-5 Calle 6<br>San Juan PR 00926 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Vacations $1,624.00<br>Bonus $600.00 | | | | 2,224.00 | 1,035.00 | 1,189.00 |
| ACCOUNT NO. 2413<br><br>Luis A. Zayas Guzman<br>PO Box 20086<br>SanJuan PR 00928 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $304.50 | | | | 904.50 | 904.50 | 0.00 |

Sheet no. __4__ of __10__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal ➤
(Totals of this page)

| $ 5,819.32 | $ 4,009.50 | $ 1,809.82 |
|---|---|---|

Total ➤
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

| $ | | |
|---|---|---|

Totals ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| $ | $ | $ |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re ___MC & MV, Corp.___ ,          Case No. _____

Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2556<br><br>Luz Evely Rivera de Jesus<br>120 Geranio Buzon 378<br>Buenaventura Carolina PR 00986 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $2,092.89 | | | | 2,692.89 | 1,042.80 | 1,650.09 |
| ACCOUNT NO. 5842<br><br>Maria Perez Peña<br>PO Box 7381<br>San Juan PR 00916 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Bonus $564.33<br>Vacations $444.06 | | | | 1,008.39 | 1,008.39 | 0.00 |
| ACCOUNT NO. 8579<br><br>María L. López Rodriguez<br>875 Calle R Vitervo Apt B<br>Urb Country Club<br>San Juan PR 00924 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus<br>Vacations $1,044.00<br>Bonus $600.00 | | | | 1,644.00 | 1,035.00 | 609.00 |
| ACCOUNT NO. 6506<br><br>Miriam Figueroa<br>PO Box 962<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Vacations $688.75<br>Bonus $600.00 | | | | 1,288.75 | 1,035.00 | 253.75 |

Sheet no. _5_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ (Totals of this page)    $ 6,634.03 | $ 4,121.19 | $ 2,512.84

Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ | $ | $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

B6E (Official Form 6E) (04/10) - Cont.

In re ___MC & MV, Corp._____,  Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)　Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7514<br><br>Miriam Ruiz<br>HC645 Box 6260<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $1,094.75 | | | | 1,694.75 | 1,035.00 | 659.75 |
| ACCOUNT NO.  9278<br><br>Myrna Cabrera Medina<br>PO Box 591<br>Saint Just Station<br>Saint Just Station PR 00978 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>Vacations $16,200<br>Bonus $600.00 | | | | 16,800.00 | 3,300.00 | 13,500.00 |
| ACCOUNT NO.  6749<br><br>Neftaly Colón Laureano<br>HC-61<br>Box 4379<br>Trujillo Alto PR 00976 | | | Incurred: 2010<br>Consideration: Vacations & Christmas Bonus 2010<br>Vacations $1,464.50<br>Bonus $600.00 | | | | 2,064.50 | 1,035.00 | 1,029.50 |
| ACCOUNT NO.  2421<br><br>Nelson Adorno Morales<br>Urb Altamira Calle Igualdad<br>A-11<br>Fajardo PR 00732 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Bono $600.00<br>Vacations $1710.00 | | | | 2,310.00 | 1,950.00 | 360.00 |

Sheet no. _6_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $ 22,869.25 | $ 7,320.00 | $ 15,549.25 |
| Total ➤<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re  MC & MV, Corp.                                    ,          Case No. _____
        _____
              **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3388<br><br>Sheila M. Miranda Ruiz<br>Parcelas Ramon T. Colon<br>Calle 2 C-78<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Vacations $145.00<br>Bonus $540.39 | | | | 685.39 | 685.39 | 0.00 |
| ACCOUNT NO. 9382<br><br>Sonia Betancourt<br>HC-645<br>Box 6408<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $913.50 | | | | 1,513.50 | 1,078.50 | 435.00 |
| ACCOUNT NO. 2797<br><br>Sonia Hernandez<br>Calle 2 #323<br>Bo. Santo Domingo<br>Saint Just<br>Trujillo Alto PR 00976 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus<br>Vacations $507.50<br>Bonus $600.00 | | | | 1,107.50 | 1,035.00 | 72.50 |
| ACCOUNT NO. 2338<br><br>Wilmary Rosado Martinez<br>Parcela Ramon T Colon<br>Calle 11 #277<br>Trujillo Alto PR 00745 | | | Incurred: 2010-2011<br>Consideration: Vacations<br>& Christmas Bonus 2010<br>Bonus $600.00<br>Vacations $842.81 | | | | 1,442.81 | 1,035.00 | 407.81 |

Sheet no. 7 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ (Totals of this page)      $ 4,749.20    $ 3,833.89    $ 915.31

Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)      $

Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $          $          $

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.1-758 - 30906-302Y-09610

In re  MC & MV, Corp.                                    ,     Case No. _____
         **Debtor**                                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8799<br><br>Yadnellys Orta Rodriguez<br>PO Box 1305<br>Juncos PR 00777 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus<br>Bonus $362.01<br>Vacations $507.50 | | | | 869.51 | 797.01 | 72.50 |
| ACCOUNT NO. 3467<br><br>Yashira Gonzalez Nieves<br>Urb Vista del Morro<br>Calle Venezuela H4<br>Cataño PR 00963 | | | Incurred: 2010-2011<br>Consideration: Vacations & Christmas Bonus 2010<br>Vacations $768.50<br>Bonus $600.00 | | | | 1,368.50 | 1,035.00 | 333.50 |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. _8_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 2,238.01 | $ 1,832.01 | $ 406.00 |

Total ➤
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)     $

Totals ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $          $          $

In re  MC & MV, Corp.                                      ,        Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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 <br> Corporacion Fondo Seguro Estado <br> PO Box 365028 <br> San Juan PR 00936-5028 | | | Consideration: Workmens Compensations | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 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 <br> CRIM <br> PO BOX195387 <br> San Juan PR 00936-5387 | | | Consideration: Personal Tax | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. 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 <br> Departamento de Hacienda <br> PO Box 9024140 <br> Oficina 424-B <br> San Juan PR 00902-4140 | | | Incurred: 2009-2011 Consideration: Employment Witheld Q1, Q2 & Q3 2009 Q1 & Q2 2010 Q1 2011 | | | | 39,120.68 | 33,611.46 | 5,509.22 |
| ACCOUNT NO. 355417004 <br> Department of Labor <br> Edificio Prudencio Rivera Martinez <br> 505 Muñoz Rivera Avenue <br> San Juan PR 00919 | | | Incurred: 2009-2010 Consideration: Unemployment Q1 & Q3 2009 Q2 & Q3 2010 | | | | 7,469.88 | 7,469.88 | 0.00 |

Sheet no. 9  of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ (Totals of this page)  $ 46,590.56    $ 41,081.34    $ 5,509.22

Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $

Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $        $        $

In re  MC & MV, Corp. _____,        Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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<br><br>Internal Revenue Services<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | | Incurred: 2009-2010<br>Consideration:<br>Employmnet Witheld<br>Q4 2009; Q2 & Q3 2010<br>941PR | | | X | 60,036.07 | 60,036.07 | 0.00 |
| ACCOUNT NO. 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<br><br>Municipio de Trujillo Alto<br>PO Box 1869<br>Trujillo Alto PR 00977 | | | Consideration:<br>Municipality Licenses<br>(Patents) | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 10 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | | Subtotal ➤ (Totals of this page) | | | | $ 60,036.07 | $ | $ |
| | | | Total ➤<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ 163,655.19 | | |
| | | | Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ 132,507.33 | $ 31,147.86 |

B6F (Official Form 6F) (12/07)

In re  MC & MV, Corp.                    ,          Case No. _____
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Alamo Caribe Bakery<br>PO Box 11946<br>San Juan PR 00922-1946 | | | Incurred: Dec 2010 to Feb 2011<br>Consideration: Trade Debt | | | | 13,108.95 |
| ACCOUNT NO.<br><br>Angel March<br>Calle Madison #K-17<br>Guaynabo PR 00969 | | | Incurred: 2010-2011<br>Consideration: Trade Debt | | | | 3,175.00 |
| ACCOUNT NO.<br><br>Ballester & Hnos<br>PO Box 364548<br>San Juan PR 00936-4548 | | | Incurred: 2010-2011<br>Consideration: Trade Debt | | | | 7,238.90 |
| ACCOUNT NO.<br><br>Bismarck Trading Inc.<br>211 Calle Oneill<br>San Juan PR 00918-2306 | | | Incurred: Dec 2010 & Jan Feb 2011<br>Consideration: Trade Debt | | | | 314.00 |

_5_ continuation sheets attached

Subtotal ➤ | $ | 23,836.85

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re <u>MC & MV, Corp.</u> ,      Case No. _____

    **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Caribbean Multi Products Inc. <br> PO Box 1050 <br> Dorado PR 00646-1050 | | | Incurred: Dec 2010; Jan & Feb 2011 <br> Consideration: Trade Debt | | | | 4,937.54 |
| ACCOUNT NO. <br><br> Caribbean Produce <br> PO Box 11990 <br> San Juan PR 00922-1990 | | | Incurred: Dec 2010 & Jan 2011 <br> Consideration: Trade Debt | | | | 9,310.00 |
| ACCOUNT NO. <br><br> Caribe Fine Food <br> PO Box 10585 <br> San Juan PR 0922 | | | Incurred: Feb 2011 <br> Consideration: Trade Debt | | | | 425.00 |
| ACCOUNT NO. <br><br> Caribe Industrial Systems Inc. <br> PO Box 60980 <br> Bayamón PR 00960 | | | Incurred: Dec 2010; Jan & Feb 2011 <br> Consideration: Trade Debt | | | | 10,081.37 |
| ACCOUNT NO. <br><br> City Garbage Disposal Corp. <br> PO Box 8779 <br> Fernanez Juncos Station <br> San Juan PR 00910-8779 | | | Incurred: Jan 2011 <br> Consideration: Trade Debt | | | | 2,005.00 |

Sheet no. <u>1</u> of <u>5</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal ➤ | $ | 26,758.91

                                        Total ➤ | $ |

(Use only on last page of the completed *Schedule F.*)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  MC & MV, Corp. _____ ,      Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Dade Paper <br> PO Box 51535 <br> Toa Baja PR 00950-1535 | | | Incurred: Dec 2010; Jan & Feb 2011 <br> Consideration: Trade Debt | | | | 6,729.57 |
| ACCOUNT NO. <br><br> Dawn Food International Inc. <br> PO Box 12002 <br> San Juan PR 00922-2002 | | | Incurred: 2010-2011 <br> Consideration: Trade Debt | | | | 23,609.79 |
| ACCOUNT NO. <br><br> Diversey <br> 8310 16 th Street <br> PO Box 902 <br> Sturtevant WI 53177-0902 | | | Incurred: Jan & Feb 2011 <br> Consideration: Trade Debt | | | | 1,540.50 |
| ACCOUNT NO. <br><br> ECOLAB <br> Dorado Industrial Park <br> Lots 15-19 <br> Dorado PR 0646 | | | Incurred: Dec 2010; Jan & Feb 2011 <br> Consideration: Trade Debt | | | | 1,903.77 |
| ACCOUNT NO. <br><br> Efraín Nuñez Inc. <br> PO Box 191478 <br> San Juan PR 00919-1478 | | | Incurred: Dec 2010 & Jan 2011 <br> Consideration: Trade Debt | | | | 15,623.74 |

Sheet no. 2 of 5 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  49,407.37

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re ___MC & MV, Corp._____ ,  Case No. _____
        **Debtor**                                                 **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Florencio Ortiz Diaz<br>Apartado 858<br>Guaynabo PR 00970 | | | Incurred: 2011<br>Consideration: Rent | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Gourment Business Solutions Group Inc.<br>PO Box 16575<br>an Juan PR 00908-6575 | | | Incurred: Dec 2010 & Feb 2011 | | | | 324.00 |
| ACCOUNT NO.<br><br>Gustavo Torres Decos Accounting Group<br>PO Box 80<br>Guyanabo PR 00970-0080 | | | Incurred: 2011<br>Consideration: Rent | | | | 4,369.25 |
| ACCOUNT NO.<br><br>Helapan Inc.<br>PO Box 128<br>Cataño PR 00963 | | | Incurred: Dec 2010; Jan & Feb 2011<br>Consideration: Trade Debt | | | | 77,539.50 |
| ACCOUNT NO.<br><br>Laiza M. Carrasquillo Perez<br>Negociado de Normas de Trabajo<br>Apartado 239<br>Carolina PR 00986 | | | Consideration: Investigarion Christmas Bonus 2010<br>Re: Case A7 D1 Q08 10 | | | | Notice Only |

Sheet no. __3__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 84,232.75
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re   MC & MV, Corp.                              ,          Case No. _____
                   Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LD White Sugar <br> PO Box 976 <br> Guaynabo PR 00970-0976 | | | Incurred: Jan 2011 <br> Consideration: Trade Debt | | | | 1,875.00 |
| ACCOUNT NO. <br><br> Melissa Sales Corp <br> PO Box 6335 <br> San Juan PR 00914-6335 | | | Incurred: Dec 2010; Jan & Feb 2011 <br> Consideration: Trade Debt | | | | 8,961.83 |
| ACCOUNT NO. <br><br> Myrna Cabrera Medina <br> PO Box 591 <br> Saint Just Station <br> Saint Just PR 00978 | | | Consideration: Personal loan | | | | 10,994.00 |
| ACCOUNT NO. <br><br> PR Food Additive <br> PO Box 1454 <br> Trujillo Alto PR 00977 | | | Incurred: Dec 2010 & Feb 2011 <br> Consideration: Trade Debt | | | | 881.84 |
| ACCOUNT NO. <br><br> San Juan Trading <br> Mario Julia Industrial Park <br> 641 Calle B <br> San Juan PR 00920 | | | Incurred: Jan & Fen 2011 <br> Consideration: Trade Debt | | | | 6,960.00 |

Sheet no. _4_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 29,672.67

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

In re ___MC & MV, Corp._____ ,  Case No. _____

        Debtor                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>San Miguel Manufacturing Inc.<br>Box 1401<br>Ciales PR 00638 | | | Incurred: Dec 2010 & Jan 2011<br>Consideration: Trade Debt | | | | 1,519.08 |
| ACCOUNT NO.<br><br>T. Quality Service Inc.<br>Ave Bairoa<br>Edificio New Idea Solution<br>Suite #3<br>Caguas PR 00727 | | | Incurred: Dec 2010 & Jan 2011<br>Consideration: Trade Debt | | | | 900.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _5_ of _5_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,419.08

Total ▶ | $ | 216,327.63

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In Re  MC & MV, Corp.

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE | |
|---|---|---|---|---|
| 2011 | 141,203.03 | Estimated Income Year 2011 | | FY: 1-jan-11 to 15-mar-11 |
| 2010 | 1,561,102.44 | Gross Income Year 2010 | | FY: 1-jan-10 to 31-dec-10 |
| 2009 | 1,504,980.60 | Gross Income Year 2009 | | FY: 1-jan-09 to 31-dec-09 |

**2. Income other than from employment or operation of business**

None

☒

     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

     AMOUNT                           SOURCE

None

☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

See Exhibit A

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ; ver 4.6.1-758 - 30906-302Y-09610



*EXHIBIT A*

# MC & MV, CORP.
## Account QuickReport
### As of December 15, 2010

| Date | Num | Name | Amount |
|------|-----|------|--------|
| 11/29/2010 | 2673 | Dawn Food International, Inc. | -6,256.50 |
| 10/29/2010 | 2602 | United States Treasury | -6,000.00 |
| 10/20/2010 | 3003 | Dawn Food International, Inc. | -5,868.53 |
| 11/05/2010 | 2610 | United States Treasury | -5,567.37 |
| 09/30/2010 | 2532 | Dawn Food International, Inc. | -5,536.40 |
| 11/19/2010 | 2652 | Efrain Nuñez Inc. | -5,156.49 |
| 10/22/2010 | 3029 | Internal Revenue Services | -5,038.02 |
| 11/11/2010 | 2641 | Dawn Food International, Inc. | -4,794.00 |
| 10/06/2010 | 2574 | Dawn Food International, Inc. | -4,417.50 |
| 10/01/2010 | 2538 | Helapan | -4,366.35 |
| 10/28/2010 | 2590 | Alamo Caribe Bakery | -4,321.90 |
| 09/28/2010 | 2524 | American Express | -4,237.45 |
| 11/08/2010 | 2617 | Alamo Caribe Bakery | -4,216.50 |
| 10/01/2010 | 2533 | Alamo Caribe Bakery | -4,134.00 |
| 09/01/2010 | 2454 | Dawn Food International, Inc. | -4,087.00 |
| 09/16/2010 | 2515 | Helapan | -3,956.40 |
| 09/13/2010 | 2499 | Dawn Food International, Inc. | -3,954.50 |
| 10/28/2010 | 2593 | Dawn Food International, Inc. | -3,887.10 |
| 09/28/2010 | 2525 | Banco de Desarollo Economico de P.R. | -3,812.10 |
| 10/06/2010 | 2552 | Alamo Caribe Bakery | -3,796.50 |
| 09/13/2010 | 2486 | Dawn Food International, Inc. | -3,747.15 |
| 09/01/2010 | 2456 | Efrain Nuñez Inc. | -3,614.56 |
| 11/11/2010 | 2633 | Helapan | -3,440.20 |
| 11/08/2010 | 2615 | Banco de Desarollo Economico de P.R. | -3,432.48 |
| 10/27/2010 | 2588 | Alamo Caribe Bakery | -3,358.00 |
| 11/11/2010 | 2629 | Efrain Nuñez Inc. | -3,336.41 |
| 10/28/2010 | 2600 | Helapan | -3,226.70 |
| 09/03/2010 | 2474 | ANGEL MARCH | -3,200.00 |
| 10/06/2010 | 2570 | Helapan | -3,158.90 |
| 11/11/2010 | 2622 | Ballester Hermanos, INC. | -3,142.50 |
| 09/30/2010 | 2526 | Ballester Hermanos, INC. | -3,139.50 |
| 10/06/2010 | 2576 | American Express | -3,078.21 |
| 10/20/2010 | 3001 | Alamo Caribe Bakery | -3,032.00 |
| 11/29/2010 | 2665 | Helapan | -2,978.35 |
| 10/06/2010 | 2569 | Efrain Nuñez Inc. | -2,926.74 |
| 11/04/2010 | 2609 | Efrain Nuñez Inc. | -2,897.81 |
| 10/20/2010 | 3016 | Helapan | -2,884.55 |
| 10/01/2010 | 2545 | Helapan | -2,861.50 |
| 09/13/2010 | 2488 | Efrain Nuñez Inc. | -2,843.36 |
| 11/11/2010 | 2628 | Dawn Food International, Inc. | -2,838.15 |
| 09/01/2010 | 2471 | Helapan | -2,791.70 |
| 09/24/2010 | 2519 | Dawn Food International, Inc. | -2,757.00 |
| 09/01/2010 | 2449 | Alamo Caribe Bakery | -2,745.00 |
| 09/13/2010 | 2481 | Alamo Caribe Bakery | -2,740.00 |
| 11/29/2010 | 2667 | NEW LINE BOX CORP. | -2,739.10 |
| 11/11/2010 | 2620 | Alamo Caribe Bakery | -2,731.05 |
| 09/16/2010 | 2513 | Helapan | -2,660.45 |

# MC & MV, CORP.
## Account QuickReport
### As of December 15, 2010

| | | | |
|---|---|---|---|
| 09/24/2010 | 2520 | Efrain Nuñez Inc. | -2,650.06 |
| 10/06/2010 | 2573 | Helapan | -2,649.40 |
| 11/29/2010 | 2663 | Efrain Nuñez Inc. | -2,626.60 |
| 11/22/2010 | 2655 | Alamo Caribe Bakery | -2,625.75 |
| 12/01/2010 | 2692 | American Express | -2,605.15 |
| 09/09/2010 | 2477 | CORPORACION DEL F.S.E | -2,600.00 |
| 11/29/2010 | 2677 | Helapan | -2,525.60 |
| 09/20/2010 | 2509 | Gustavo Torres Decos, Accounting Group | -2,514.00 |
| 10/25/2010 | 3030 | Gustavo Torres Decos, Accounting Group | -2,514.00 |
| 11/29/2010 | 2676 | Gustavo Torres Decos, Accounting Group | -2,514.00 |
| 12/01/2010 | 2694 | Gustavo Torres Decos, Accounting Group | -2,514.00 |
| 11/22/2010 | 2654 | Alamo Caribe Bakery | -2,513.25 |
| 09/16/2010 | 2514 | Helapan | -2,490.00 |
| 10/01/2010 | 2539 | Melissa Sales | -2,477.84 |
| 09/24/2010 | 2522 | Alamo Caribe Bakery | -2,447.25 |
| 12/01/2010 | 2689 | CARIBE INDUSTRIAL SYSTEMS INC. | -2,389.60 |
| 11/29/2010 | 2661 | Dawn Food International, Inc. | -2,339.50 |
| 10/20/2010 | 3010 | Helapan | -2,315.70 |
| 09/13/2010 | 2500 | Helapan | -2,246.90 |
| 11/29/2010 | 2672 | Dade Paper | -2,172.50 |
| 11/11/2010 | 2643 | Helapan | -2,133.45 |
| 10/06/2010 | 2562 | Helapan | -2,129.70 |
| 11/11/2010 | 2645 | Helapan | -2,082.45 |
| 10/20/2010 | 3009 | Efrain Nuñez Inc. | -2,043.05 |
| 10/20/2010 | 3017 | Helapan | -2,028.15 |
| 10/20/2010 | 3015 | Dawn Food International, Inc. | -2,009.90 |
| 09/09/2010 | 2478 | Florencio Ortiz | -2,000.00 |
| 09/15/2010 | 1052 | Florencio Ortiz | -2,000.00 |
| 10/11/2010 | 2581 | Florencio Ortiz | -2,000.00 |
| 10/15/2010 | 1053 | Florencio Ortiz | -2,000.00 |
| 11/15/2010 | 1054 | Florencio Ortiz | -2,000.00 |
| 09/30/2010 | 2549 | United States Treasury | -1,981.05 |
| 09/13/2010 | 2501 | Efrain Nuñez Inc. | -1,949.56 |
| 09/13/2010 | 2497 | Helapan | -1,927.30 |
| 09/13/2010 | 2480 | Dawn Food International, Inc. | -1,907.40 |
| 09/20/2010 | 2510 | Alamo Caribe Bakery | -1,906.50 |
| 09/24/2010 | 2521 | ANGEL MARCH | -1,900.00 |
| 10/20/2010 | 3004 | Efrain Nuñez Inc. | -1,838.80 |
| 12/01/2010 | 2684 | ANGEL MARCH | -1,825.00 |
| 09/01/2010 | 2462 | San Juan Trading | -1,740.00 |
| 09/13/2010 | 2493 | San Juan Trading | -1,740.00 |
| 09/30/2010 | 2528 | San Juan Trading | -1,740.00 |
| 09/30/2010 | 2530 | San Juan Trading | -1,740.00 |
| 10/06/2010 | 2564 | San Juan Trading | -1,740.00 |
| 10/06/2010 | 2571 | San Juan Trading | -1,740.00 |
| 10/20/2010 | 3006 | San Juan Trading | -1,740.00 |
| 10/20/2010 | 3013 | San Juan Trading | -1,740.00 |

# MC & MV, CORP.
# Account QuickReport
## As of December 15, 2010

| Date | Num | Name | Amount |
|---|---|---|---|
| 10/28/2010 | 2596 | San Juan Trading | -1,740.00 |
| 10/28/2010 | 2601 | San Juan Trading | -1,740.00 |
| 11/11/2010 | 2635 | San Juan Trading | -1,740.00 |
| 11/29/2010 | 2669 | San Juan Trading | -1,740.00 |
| 11/29/2010 | 2679 | San Juan Trading | -1,740.00 |
| 09/04/2010 | 2475 | Dawn Food International, Inc. | -1,734.40 |
| 10/20/2010 | 3020 | Helapan | -1,731.95 |
| 10/06/2010 | 2565 | WHITE SUGAR | -1,725.00 |
| 11/18/2010 | 2649 | WHITE SUGAR | -1,725.00 |
| 11/18/2010 | 2650 | WHITE SUGAR | -1,725.00 |
| 10/22/2010 | 3028 | Elinor Rivera | -1,685.00 |
| 10/11/2010 | 3931 | United States Treasury | -1,663.22 |
| 09/13/2010 | 2491 | Helapan | -1,599.25 |
| 10/28/2010 | 2594 | Helapan | -1,561.85 |
| 10/06/2010 | 2563 | NEW LINE BOX CORP. | -1,537.80 |
| 09/01/2010 | 2453 | Dade Paper | -1,535.05 |
| 10/01/2010 | 2548 | Helapan | -1,530.90 |
| 09/01/2010 | 2467 | Melissa Sales | -1,530.60 |
| 11/18/2010 | 2651 | CARIBE INDUSTRIAL SYSTEMS INC. | -1,484.65 |
| 11/03/2010 | 2604 | ANGEL MARCH | -1,400.00 |
| 11/11/2010 | 2621 | ANGEL MARCH | -1,400.00 |
| 12/01/2010 | 2683 | CARIBBEAN PRODUCE | -1,400.00 |
| 10/06/2010 | 2572 | Dawn Food International, Inc. | -1,398.50 |
| 09/16/2010 | 2516 | Helapan | -1,396.80 |
| 10/06/2010 | 2560 | Efrain Nuñez Inc. | -1,380.66 |
| 09/24/2010 | 2517 | CARIBBEAN PRODUCE | -1,365.00 |
| 09/30/2010 | 2531 | CARIBE INDUSTRIAL SYSTEMS INC. | -1,353.06 |
| 09/01/2010 | 2460 | Helapan | -1,346.30 |
| 10/20/2010 | 3018 | Helapan | -1,346.25 |
| 09/01/2010 | 2466 | Helapan | -1,339.60 |
| 11/22/2010 | 2657 | CARIBBEAN PRODUCE | -1,330.00 |
| 11/11/2010 | 2625 | CARIBE INDUSTRIAL SYSTEMS INC. | -1,324.70 |
| 11/11/2010 | 2627 | Dade Paper | -1,275.17 |
| 11/11/2010 | 2634 | Melissa Sales | -1,243.60 |
| 12/01/2010 | 2690 | Autoridad de Energia Electrica | -1,203.65 |
| 09/24/2010 | 2518 | CARIBBEAN PRODUCE | -1,172.50 |
| 11/29/2010 | 2680 | San Miguel Label Manufacturing Inc. | -1,168.83 |
| 11/11/2010 | 2624 | CARIBBEAN PRODUCE | -1,160.00 |
| 11/30/2010 | 2472 | CARIBBEAN PRODUCE | -1,140.00 |
| 11/30/2010 | 2682 | Efrain Nuñez Inc. | -1,137.07 |
| 10/28/2010 | 2597 | Dade Paper | -1,124.13 |
| 10/20/2010 | 3008 | Dawn Food International, Inc. | -1,119.00 |
| 10/06/2010 | 2577 | Banco Santander Puerto Rico | -1,110.26 |
| 09/13/2010 | 2498 | Melissa Sales | -1,097.65 |
| 10/20/2010 | 3005 | Helapan | -1,094.40 |
| 11/08/2010 | 2612 | CARIBBEAN PRODUCE | -1,085.00 |
| 09/30/2010 | 2529 | Dade Paper | -1,083.98 |

# MC & MV, CORP.
## Account QuickReport
### As of December 15, 2010

| 11/22/2010 | 2656 | CARIBBEAN PRODUCE | -1,080.00 |
| 09/17/2010 | 2505 | CARIBBEAN PRODUCE | -1,056.00 |
| 11/29/2010 | 2666 | Melissa Sales | -1,054.00 |
| 11/29/2010 | 2678 | Melissa Sales | -1,054.00 |
| 10/06/2010 | 2558 | Dade Paper | -1,051.56 |
| 11/08/2010 | 2611 | CARIBBEAN PRODUCE | -1,015.00 |
| 11/11/2010 | 2640 | Dade Paper | -1,006.56 |
| 11/08/2010 | 2613 | Autoridad de Energia Electrica | -997.66 |
| 09/13/2010 | 2502 | MITEL DISTRIBUTINF CORP. | -975.00 |
| 11/11/2010 | 2619 | Efrain Nuñez Inc. | -974.44 |
| 11/11/2010 | 2630 | Empresas de Gas | -968.42 |
| 09/13/2010 | 2483 | CARIBBEAN PRODUCE | -962.50 |
| 09/20/2010 | 2508 | Gustavo Torres Decos, Accounting Group | -957.13 |
| 10/25/2010 | 3031 | Gustavo Torres Decos, Accounting Group | -957.13 |
| 10/20/2010 | 3014 | Autoridad de Energia Electrica | -944.80 |
| 10/01/2010 | 2546 | Melissa Sales | -932.08 |
| 11/29/2010 | 2664 | Empresas de Gas | -928.29 |
| 10/27/2010 | 2589 | CARIBBEAN PRODUCE | -927.50 |
| 10/28/2010 | 2591 | CARIBBEAN PRODUCE | -927.50 |
| 09/20/2010 | 2511 | Premium Brands of PR Inc | -902.00 |
| 10/21/2010 | 3026 | Premium Brands of PR Inc | -902.00 |
| 11/22/2010 | 2658 | Premium Brands of PR Inc | -902.00 |
| 11/11/2010 | 2639 | CARIBBEAN PRODUCE | -900.00 |
| 10/28/2010 | 2592 | Dade Paper | -899.80 |
| 10/06/2010 | 2554 | Bismarck Trading Inc. | -888.00 |
| 10/01/2010 | 2534 | CARIBBEAN PRODUCE | -870.00 |
| 10/06/2010 | 2567 | CARIBBEAN PRODUCE | -870.00 |
| 09/13/2010 | 2485 | Dade Paper | -851.58 |
| 09/01/2010 | 2451 | CARIBBEAN PRODUCE | -840.00 |
| 09/01/2010 | 2464 | CARIBBEAN PRODUCE | -840.00 |
| 09/13/2010 | 2494 | CARIBBEAN PRODUCE | -840.00 |
| 11/04/2010 | 2608 | CARIBBEAN PRODUCE | -840.00 |
| 09/01/2010 | 2461 | Melissa Sales | -836.91 |
| 09/01/2010 | 2469 | CARIBBEAN PRODUCE | -810.00 |
| 09/02/2010 | 2472 | CARIBBEAN PRODUCE | -810.00 |
| 10/14/2010 | 2586 | CARIBBEAN PRODUCE | -795.00 |
| 10/27/2010 | 2587 | CARIBBEAN PRODUCE | -795.00 |
| 12/01/2010 | 2691 | Autoridad de Energia Electrica | -792.96 |
| 10/01/2010 | 2547 | CARIBBEAN PRODUCE | -765.00 |
| 10/06/2010 | 2556 | CARIBBEAN PRODUCE | -765.00 |
| 09/01/2010 | 2457 | Employee Investment | -744.00 |
| 10/06/2010 | 2561 | Employee Investment | -744.00 |
| 11/18/2010 | 2648 | Employee Investment | -744.00 |
| 09/01/2010 | 2470 | ECOLAB | -714.48 |
| 09/30/2010 | 2550 | Empresas de Gas | -710.38 |
| 10/14/2010 | 2585 | Jose Rodriguez | -710.00 |
| 11/03/2010 | 2607 | AFLAC | -685.80 |

# MC & MV, CORP.
## Account QuickReport
### As of December 15, 2010

| | | | |
|---|---|---|---|
| 12/01/2010 | 2688 | Helapan | -683.55 |
| 11/08/2010 | 2614 | Autoridad de Energia Electrica | -670.87 |
| 09/13/2010 | 2489 | Empresas de Gas | -670.68 |
| 09/30/2010 | 2527 | Dade Paper | -658.53 |
| 09/01/2010 | 2458 | Empresas de Gas | -653.93 |
| 10/20/2010 | 3019 | Autoridad de Energia Electrica | -636.44 |
| 10/06/2010 | 2575 | ECOLAB | -629.79 |
| 09/01/2010 | 2452 | City Garbage Disposal, Corp. | -625.00 |
| 10/06/2010 | 2555 | CARIBBEAN MULTI PRODUCTS INC. | -606.00 |
| 10/29/2010 | 2603 | Jose Rodriguez | -600.00 |

**MC & MV, CORP.**
**Find Report**
**December 1 - 22, 2010**

| Type | Date | Num | Name | Account | Credit |
|------|------|-----|------|---------|--------|
| Bill Pmt -Check | 12/01/2010 | 2683 | CARIBBEAN PRODUCE | BPPR 8578 | $ 1,400.00 |
| Bill Pmt -Check | 12/01/2010 | 2684 | ANGEL MARCH | BPPR 8578 | $ 1,825.00 |
| Bill Pmt -Check | 12/01/2010 | 2689 | CARIBE INDUSTRIAL SYSTEMS INC. | BPPR 8578 | $ 2,389.60 |
| Bill Pmt -Check | 12/01/2010 | 2688 | Helapan | BPPR 8578 | $ 683.55 |
| Check | 12/01/2010 | 2692 | American Express | BPPR 8578 | $ 2,605.15 |
| Check | 12/01/2010 | 2691 | Autoridad de Energia Electrica | BPPR 8578 | $ 792.96 |
| Check | 12/01/2010 | 2690 | Autoridad de Energia Electrica | BPPR 8578 | $ 1,203.65 |
| Bill Pmt -Check | 12/01/2010 | 2694 | Gustavo Torres Decos, Accounting Group | BPPR 8578 | $ 2,514.00 |
| Check | 12/06/2010 | 2697 | Dade Paper | BPPR 8578 | $ 1,275.17 |
| Bill Pmt -Check | 12/07/2010 | 2700 | Alamo Caribe Bakery | BPPR 8578 | $ 3,112.50 |
| Bill Pmt -Check | 12/07/2010 | 2701 | ANGEL MARCH | BPPR 8578 | $ 3,950.00 |
| Bill Pmt -Check | 12/07/2010 | 2703 | CARIBBEAN PRODUCE | BPPR 8578 | $ 1,260.00 |
| Bill Pmt -Check | 12/07/2010 | 2704 | City Garbage Disposal, Corp. | BPPR 8578 | $ 625.00 |
| Bill Pmt -Check | 12/07/2010 | 2705 | Dade Paper | BPPR 8578 | $ 984.58 |
| Bill Pmt -Check | 12/07/2010 | 2706 | Dawn Food International, Inc. | BPPR 8578 | $ 785.55 |
| Bill Pmt -Check | 12/07/2010 | 2708 | Efrain Nuñez Inc. | BPPR 8578 | $ 3,753.39 |
| Bill Pmt -Check | 12/07/2010 | 2709 | Empresas de Gas | BPPR 8578 | $ 681.50 |
| Bill Pmt -Check | 12/07/2010 | 2711 | Helapan | BPPR 8578 | $ 2,795.20 |
| Bill Pmt -Check | 12/07/2010 | 2712 | NEW LINE BOX CORP. | BPPR 8578 | $ 1,760.00 |
| Bill Pmt -Check | 12/07/2010 | 2713 | RAMON LASALLE | BPPR 8578 | $ 940.00 |
| Bill Pmt -Check | 12/07/2010 | 2714 | San Juan Trading | BPPR 8578 | $ 1,740.00 |
| Bill Pmt -Check | 12/07/2010 | 2715 | San Miguel Label Manufacturing Inc. | BPPR 8578 | $ 686.40 |
| Bill Pmt -Check | 12/07/2010 | 2718 | CARIBBEAN PRODUCE | BPPR 8578 | $ 1,260.00 |
| Bill Pmt -Check | 12/07/2010 | 2719 | Dade Paper | BPPR 8578 | $ 1,208.70 |
| Bill Pmt -Check | 12/07/2010 | 2720 | Dawn Food International, Inc. | BPPR 8578 | $ 5,936.00 |
| Bill Pmt -Check | 12/07/2010 | 2721 | Efrain Nuñez Inc. | BPPR 8578 | $ 2,136.31 |
| Bill Pmt -Check | 12/07/2010 | 2722 | Helapan | BPPR 8578 | $ 3,773.65 |
| Bill Pmt -Check | 12/07/2010 | 2723 | San Juan Trading | BPPR 8578 | $ 1,740.00 |
| Bill Pmt -Check | 12/07/2010 | 2724 | CARIBBEAN MULTI PRODUCTS INC. | BPPR 8578 | $ 892.64 |
| Bill Pmt -Check | 12/07/2010 | 2725 | Helapan | BPPR 8578 | $ 2,631.40 |

# MC & MV, CORP.
## Find Report
### December 1 - 22, 2010

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Liability Check | 12/09/2010 | 2727 | AFLAC | BPPR 8578 | $ 629.76 |
| Bill Pmt -Check | 12/09/2010 | 2731 | Employee Investment | BPPR 8578 | $ 744.00 |
| Check | 12/09/2010 | 2732 | Autoridad de Energia Electrica | BPPR 8578 | $ 1,006.90 |
| Check | 12/09/2010 | 2733 | Autoridad de Energia Electrica | BPPR 8578 | $ 729.40 |
| Bill Pmt -Check | 12/13/2010 | 2737 | ANGEL MARCH | BPPR 8578 | $ 2,150.00 |
| Check | 12/13/2010 | 2738 | Florencio Ortiz | BPPR 8578 | $ 2,000.00 |
| Bill Pmt -Check | 12/15/2010 | 2741 | Premium Brands of PR Inc | BPPR 8578 | $ 902.00 |
| Check | 12/15/2010 | 1055 | Florencio Ortiz | BPPR 8578 | $ 2,000.00 |
| Bill Pmt -Check | 12/15/2010 | 2742 | Caribe Fine Food | BPPR 8578 | $ 1,404.00 |
| Bill Pmt -Check | 12/15/2010 | 2746 | Ballester Hermanos, INC. | BPPR 8578 | $ 2,176.96 |
| Bill Pmt -Check | 12/15/2010 | 2745 | Ballester Hermanos, INC. | BPPR 8578 | $ 2,254.00 |
| Bill Pmt -Check | 12/17/2010 | 2748 | Melissa Sales | BPPR 8578 | $ 6,243.09 |
| Bill Pmt -Check | 12/20/2010 | 2749 | CARIBBEAN PRODUCE | BPPR 8578 | $ 1,230.00 |
| Bill Pmt -Check | 12/20/2010 | 2750 | CARIBBEAN PRODUCE | BPPR 8578 | $ 1,260.00 |
| Bill Pmt -Check | 12/21/2010 | 2751 | San Juan Trading | BPPR 8578 | $ 2,088.00 |
| Bill Pmt -Check | 12/21/2010 | 2752 | San Juan Trading | BPPR 8578 | $ 2,610.00 |
| Bill Pmt -Check | 12/21/2010 | 2754 | Helapan | BPPR 8578 | $ 742.95 |
| Bill Pmt -Check | 12/21/2010 | 2755 | Helapan | BPPR 8578 | $ 2,437.50 |
| Bill Pmt -Check | 12/21/2010 | 2756 | Helapan | BPPR 8578 | $ 2,273.65 |
| Bill Pmt -Check | 12/22/2010 | 2758 | CARIBBEAN PRODUCE | BPPR 8578 | $ 1,080.00 |
| Bill Pmt -Check | 12/22/2010 | 2759 | CARIBBEAN PRODUCE | BPPR 8578 | $ 1,080.00 |
| Bill Pmt -Check | 12/22/2010 | 2760 | ANGEL MARCH | BPPR 8578 | $ 3,277.00 |
| | | | | | **$ 97,661.11** |
| Paycheck | 12/06/2010 | 4177 | Adomo Morales, Nelson | BPPR 8569 (PAYROLL) | $ 655.90 |
| Paycheck | 12/06/2010 | 4182 | Cabrera Medina, Myrna | BPPR 8569 (PAYROLL) | $ 1,305.42 |
| Paycheck | 12/13/2010 | 4208 | Adomo Morales, Nelson | BPPR 8569 (PAYROLL) | $ 941.10 |
| Paycheck | 12/13/2010 | 4213 | Cabrera Medina, Myrna | BPPR 8569 (PAYROLL) | $ 2,001.88 |
| Liability Check | 12/06/2010 | 4237 | United States Treasury | BPPR 8569 (PAYROLL) | $ 1,503.48 |
| Liability Check | 12/13/2010 | 4238 | United States Treasury | BPPR 8569 (PAYROLL) | $ 1,462.44 |
| Paycheck | 12/20/2010 | 4239 | Adomo Morales, Nelson | BPPR 8569 (PAYROLL) | $ 749.67 |
| Paycheck | 12/20/2010 | 4244 | Cabrera Medina, Myrna | BPPR 8569 (PAYROLL) | $ 1,653.65 |
| | | | | | **$ 10,273.54** |

None

☐    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Exhibit B | | | |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

☐    a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Queja Confidencial vs MC & MV Corp y/o Myrna Sweet Sales & Dist. Inc h/n/c Myrna's Sweet Case No. A7D1Q0810 | Collection of Christmas Bonus | Department of Labor Negociado de Normas & Trabajos | Pending |

None

☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|



*EXHIBIT B*

# MC & MV, CORP.
# Find Report
## All Transactions

| Type | Date | Num | Name | Credit |
|------|------|-----|------|--------|
| Paycheck | 2/15/2011 | 4451 | Cabrera Medina, Myrna | 770.30 |
| Paycheck | 2/7/2011 | 4423 | Cabrera Medina, Myrna | 770.30 |
| Paycheck | 1/31/2011 | 4399 | Cabrera Medina, Myrna | 770.30 |
| Paycheck | 1/24/2011 | 4380 | Cabrera Medina, Myrna | 770.30 |
| Paycheck | 1/17/2011 | 4369 | Cabrera Medina, Myrna | 770.30 |
| Paycheck | 1/10/2011 | 4341 | Cabrera Medina, Myrna | 1,344.67 |
| Paycheck | 1/3/2011 | 4311 | Cabrera Medina, Myrna | 1,336.02 |
| Paycheck | 12/27/2010 | 4277 | Cabrera Medina, Myrna | 1,653.65 |
| Paycheck | 12/20/2010 | 4244 | Cabrera Medina, Myrna | 1,653.65 |
| Paycheck | 12/13/2010 | 4213 | Cabrera Medina, Myrna | 2,001.88 |
| Paycheck | 12/6/2010 | 4182 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/29/2010 | 4145 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/22/2010 | 4110 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/15/2010 | 4077 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/8/2010 | 4042 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/1/2010 | 4005 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 10/25/2010 | 3969 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 10/18/2010 | 3939 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 10/11/2010 | 3904 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 10/4/2010 | 3864 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 9/27/2010 | 3831 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 9/20/2010 | 3799 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 9/13/2010 | 3794 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 9/6/2010 | 3732 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 8/30/2010 | 3723 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 8/23/2010 | 3666 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 8/20/2010 | 1036 | Cabrera Medina, Myrna | 757.40 |
| Paycheck | 8/16/2010 | 3640 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 8/9/2010 | 3609 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 8/2/2010 | 3559 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 7/26/2010 | 3551 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 7/19/2010 | 3491 | Cabrera Medina, Myrna | |
| Paycheck | 7/19/2010 | 3522 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 7/12/2010 | 3460 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 7/5/2010 | 3424 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 6/28/2010 | 3391 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 6/21/2010 | 3356 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 6/14/2010 | 3319 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 6/7/2010 | 3282 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 5/31/2010 | 3248 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 5/24/2010 | 3215 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 5/17/2010 | 3180 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 5/10/2010 | 3141 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 5/3/2010 | 3101 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 4/26/2010 | 3065 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 4/19/2010 | 3025 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 4/12/2010 | 2989 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 4/5/2010 | 2957 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 3/29/2010 | 2923 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 3/22/2010 | 2886 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 3/15/2010 | 2848 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 3/9/2010 | 98 | Cabrera Medina, Myrna | 757.40 |
| Paycheck | 3/8/2010 | 2811 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 3/1/2010 | 2776 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 2/22/2010 | 2744 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 2/15/2010 | 2676 | Cabrera Medina, Myrna | |
| Paycheck | 2/15/2010 | 2707 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 2/8/2010 | 2640 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 2/2/2010 | 2609 | Cabrera Medina, Myrna | 1,300.62 |
| Paycheck | 1/25/2010 | 2576 | Cabrera Medina, Myrna | 1,300.02 |
| Paycheck | 1/18/2010 | 2543 | Cabrera Medina, Myrna | 1,300.02 |
| Paycheck | 1/11/2010 | 2511 | Cabrera Medina, Myrna | 1,300.02 |
| Paycheck | 1/5/2010 | 2482 | Cabrera Medina, Myrna | 184.10 |
| Paycheck | 1/4/2010 | 2450 | Cabrera Medina, Myrna | 1,300.02 |
| Paycheck | 12/29/2009 | 2417 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 12/21/2009 | 2352 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 12/14/2009 | 2317 | Cabrera Medina, Myrna | 1,305.42 |

# MC & MV, CORP.
## Find Report
### All Transactions

| Type | Date | Num | Name | Credit |
|------|------|-----|------|--------|
| Paycheck | 12/11/2009 | 2286 | Cabrera Medina, Myrna | 184.70 |
| Paycheck | 12/7/2009 | 2252 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/30/2009 | 2216 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/23/2009 | 2179 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/16/2009 | 2141 | Cabrera Medina, Myrna | 1,305.42 |
| Paycheck | 11/9/2009 | 2109 | Cabrera Medina, Myrna | 1,157.05 |
| Paycheck | 11/2/2009 | 2075 | Cabrera Medina, Myrna | 1,157.04 |
| Paycheck | 10/26/2009 | 2043 | Cabrera Medina, Myrna | 1,157.04 |
| Paycheck | 10/19/2009 | 2014 | Cabrera Medina, Myrna | 1,157.04 |
| Paycheck | 10/12/2009 | 1983 | Cabrera Medina, Myrna | 1,157.05 |
| Paycheck | 10/5/2009 | 1943 | Cabrera Medina, Myrna | 1,157.04 |
| Paycheck | 9/28/2009 | 1906 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 9/21/2009 | 1877 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 9/14/2009 | 1843 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 9/7/2009 | 1809 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 8/31/2009 | 1776 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 8/24/2009 | 1743 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 8/17/2009 | 1714 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 8/10/2009 | 1683 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 8/3/2009 | 1675 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 7/27/2009 | 1619 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 7/20/2009 | 1585 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 7/13/2009 | 1489 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 7/6/2009 | 1457 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 6/29/2009 | 1425 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 6/22/2009 | 1390 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 6/17/2009 | 1344 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 6/8/2009 | 1307 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 6/1/2009 | 1273 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 5/25/2009 | 1240 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 5/18/2009 | 1235 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 5/11/2009 | 1170 | Cabrera Medina, Myrna | 746.05 |
| Paycheck | 5/4/2009 | 1130 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 4/27/2009 | 1535 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 4/20/2009 | 1503 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 4/13/2009 | 1099 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 4/6/2009 | 1069 | Cabrera Medina, Myrna | 748.75 |
| Paycheck | 3/23/2009 | 1003 | Cabrera Medina, Myrna | 757.40 |
| Paycheck | 3/16/2009 | 79 | Cabrera Medina, Myrna | 757.40 |
| Paycheck | 3/2/2009 | 61 | Cabrera Medina, Myrna | 757.40 |
| **Total** | | | | **115,457.06** |

# MC & MV, CORP.
## Find Report
### All Transactions

| Type | Date | Num | Name | Account | Credit |
|------|------|-----|------|---------|--------|
| Check | 4/30/2010 | 2114 | Myrna Cabrera | BPPR 8578 | 741.94 |
| Check | 9/16/2009 | 1518 | Myrna Cabrera | BPPR 8578 | 3,499.74 |
| Check | 8/31/2009 | 1802 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 8/28/2009 | 1453 | Myrna Cabrera | BPPR 8578 | 2,080.00 |
| Check | 8/28/2009 | 1454 | Myrna Cabrera | BPPR 8578 | 2,972.55 |
| Check | 8/24/2009 | 1766 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 8/17/2009 | 1739 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 8/13/2009 | 1421 | Myrna Cabrera | BPPR 8578 | 728.76 |
| Check | 8/10/2009 | 1708 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 8/3/2009 | 1678 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 7/27/2009 | 1646 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 7/20/2009 | 1612 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 7/14/2009 | 8455 | Myrna Cabrera | BPPR 8578 | 2,972.55 |
| Check | 7/13/2009 | 1580 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 7/6/2009 | 1484 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 6/29/2009 | 1452 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 6/22/2009 | 1420 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 6/15/2009 | 1374 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 6/8/2009 | 1313 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 6/1/2009 | 1196 | Myrna Cabrera | BPPR 8578 | |
| Check | 6/1/2009 | 1306 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 5/25/2009 | 1270 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 5/18/2009 | 1234 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 5/11/2009 | 1232 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 4/27/2009 | 1565 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 532.51 |
| Check | 4/20/2009 | 1530 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 4/13/2009 | 1126 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 4/6/2009 | 1094 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 3/30/2009 | CAS... | Myrna Cabrera | BPPR 8569 (PAYROLL) | 600.00 |
| Check | 3/30/2009 | 1064 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 3/16/2009 | 80 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 3/9/2009 | 97 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| Check | 3/3/2009 | 65 | Myrna Cabrera | BPPR 8569 (PAYROLL) | 570.00 |
| **Total** | | | | | **27,808.05** |

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Internal Revenue Services PO Box 7346 Philadelphia PA 19101-7346 | Feb 11, 2011 | $5,482.53 from Bank Account No. 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 of BPPR |
| Internal Revenue Services PO Box 7346 Philadelphia PA 19101-7346 | Feb 11, 2011 | $3,351.58 from Bank Account No. 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 of BPPR |

**6. Assignments and Receiverships**

None ☒

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Wigberto Lugo-Mender<br>Wigberto Lugo Mender & Co<br>Centro Internacional de Mercadeo<br>Carr 165 Torre I Suite 501<br>Guaynabo PR 00968 | March 12, 2011 | $5,000 plus filing fees |

**10. Other transfers**

None ⊠

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ⊠

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ⊠

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.   Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ⊠

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.      (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-302Y-09610

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None


If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None


If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None


a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME<br>AND ADDRESS | NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS<br>OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|
| MC & MV Corp. | 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 | PO Box 591<br>Saint Just Station<br>Saint Just PR 00978 | Manufaturer | September 15,<br>2008 to present |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.1-758 - 30906-102Y-09610

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐         bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                     DATES SERVICES RENDERED

CPA Gustavo Torres Deco                    2008 to present
PO Box 80
Guaynabo PR 00970

None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy
☒         case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                 ADDRESS                DATES SERVICES RENDERED

None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the
☐         books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                 ADDRESS

CPA Gustavo Torres Deco             PO Box 80
                                 Guaynabo PR 00970

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒         a financial statement was issued within the two years immediately preceding the commencement of this case by
             the debtor.

NAME AND ADDRESS                      DATE
                                        ISSUED

**20. Inventories**

None ☐    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| March 15, 2011 | Ms. Frances Rios | $27,900.81 (Raw Material) $3,002.92 (Finished Inventory) |

None ☒    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Myrna Cabrera Medina PO Box 591 Saint Just Station Saint Just PR 00978 | President | 40% Stockholder |
| Myrel V. Vales PO Box 591 Saint Just Station Saint Just PR 00978 | | 20% Stockholder |
| Angelica M Vales PO Box 591 Saint Just Station Saint Just PR 00978 | | 20% Stockholders |
| Maria del Rosario Vales PO Box 972 Saint Just Station Saint Just PR 00978 | | 10% Stockholder |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.1-758 - 30906-302Y-09610

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Marirosa Cajiga<br>PO Box 972<br>Saint Just Station<br>Saint Just PR 00978 | | 10% Stockholder |

**22. Former partners, officers, directors and shareholders**

None ☒

a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒

b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23.   Withdrawals from a partnership or distribution by a corporation**

None ☒

If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF<br>RECIPIENT, RELATIONSHIP<br>TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24.   Tax Consolidation Group**

None ☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  March 16, 2011 _____  Signature _____

MYRNA CABRERA MEDINA,
President

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_0_ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____

Address

X _____  _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.1-758 - 30906-302Y-09610

Aida I Rojas
Villa Fontana 3HS 13
Via 56
Carolina PR 00983

Alamo Caribe Bakery
PO Box 11946
San Juan PR 00922-1946

Amelia M. Peña Moreno
RR#2 Box 777
San Juan PR 00926

Angel March
Calle Madison #K-17
Guaynabo PR 00969

Ballester & Hnos
PO Box 364548
San Juan PR 00936-4548

Bismarck Trading Inc.
211 Calle Oneill
San Juan PR 00918-2306

Caribbean Multi Products Inc.
PO Box 1050
Dorado PR 00646-1050

Caribbean Produce
PO Box 11990
San Juan PR 00922-1990

Caribe Fine Food
PO Box 10585
San Juan PR 0922

Caribe Industrial Systems Inc.
PO Box 60980
Bayamón PR 00960


Carilyn Colon Correa
HC-01 Box 12165
Carolina PR 00985


Carmen Almestica
Calle 8 H-358
Rio Grande PR 00745


Carmen Collazo Tosca
Villas de Caney A-12 Calle 3
Trujilo Alto PR 00976


City Garbage Disposal Corp.
PO Box 8779
Fernanez Juncos Station
San Juan PR 00910-8779


Corporacion Fondo Seguro Estado
PO Box 365028
San Juan PR 00936-5028


CRIM
PO BOX195387
San Juan PR 00936-5387


Cruz Hernandez
Calle 2 #323
Bo Santo Domingo
Saint Just
Trujillo Alto PR 00976


Dade Paper
PO Box 51535
Toa Baja PR 00950-1535

Dawn Food International Inc.
PO Box 12002
San Juan PR 00922-2002

Departamento de Hacienda
PO Box 9024140
Oficina 424-B
San Juan PR 00902-4140

Department of Labor
Edificio Prudencio Rivera Martinez
505 Muñoz Rivera Avenue
San Juan PR 00919

Diversey
8310 16 th Street
PO Box 902
Sturtevant WI 53177-0902

ECOLAB
Dorado Industrial Park
Lots 15-19
Dorado PR 0646

Efraín Nuñez Inc.
PO Box 191478
San Juan PR 00919-1478

Elisa Santiago
Cond Los Claveles II
Apt 512
Trujillo Alto

Florencio Ortiz Diaz
Apartado 858
Guaynabo PR 00970

Florencio Ortiz Diaz
Apartado 858
Guaynabo PR 00970


Frances R. Rios
Jardines de Trujillo Alto
Edif F Apt 501
Trujillo Alto PR 00976


Gourment Business Solutions Group Inc.
PO Box 16575
an Juan PR 00908-6575


Gustavo Torres
Decos Accounting Group Inc.
PO Box 80
Guaynabo PR 00970-0080


Gustavo Torres Decos
Accounting Group
PO Box 80
Guyanabo PR 00970-0080


Helapan Inc.
PO Box 128
Cataño PR 00963


Inette Cruz Hernández
Calle 13 L4
Loma Alta
Carolina PR 00987


Internal Revenue Services
PO Box 7346
Philadelphia PA 19101-7346

Iris Z. Mendez Lugo
PMB 455
PO Box 2500
Toa Baja PR 00957

Jonathan Morales Carrasquillo
GPO Box 1458
Trujillo Alto PR 00976

Jose Amador Nater
PO BOx 194508
San Juan PR 00919

Josselyn Betancourt López
Bo. Carraizo Carr 843 K2#8
Trujillo Alto, PR 00926

Josselyn Delgado
HC-61 Box 611
Trujillo Alto PR 00976

José A. Gonzalez
Urb Venus Gardens Oeste
BD-5 Calle 6
San Juan PR 00926

Laiza M. Carrasquillo Perez
Negociado de Normas de TRabajo
Apartado 239
Carolina PR 00986

LD White Sugar
PO Box 976
Guaynabo PR 00970-0976

Luis A. Zayas Guzman
PO Box 20086
SanJuan PR 00928

Luz Evely Rivera de Jesus
120 Geranio Buzon 378
Buenaventura Carolina PR 00986

Maria Perez Peña
PO Box 7381
San Juan PR 00916

María L. López Rodriguez
875 Calle R Vitervo Apt B
Urb Country Club
San Juan PR 00924

Melissa Sales Corp
PO Box 6335
San Juan PR 00914-6335

Miriam Figueroa
PO Box 962
Trujillo Alto PR 00976

Miriam Ruiz
HC645 Box 6260
Trujillo Alto PR 00976

Municipio de Trujillo Alto
PO Box 1869
Trujillo Alto PR 00977

Myrna Cabrera Medina
PO Box 591
Saint Just Station
Saint Just PR 00978

Myrna Cabrera Medina
PO Box 591
Saint Just Station
Saint Just Station PR 00978

Neftaly Colón Laureano
HC-61
Box 4379
Trujillo Alto PR 00976


Nelson Adorno Morales
Urb Altamira Calle Igualdad
A-11
Fajardo PR 00732


PR Food Additive
PO Box 1454
Trujillo Alto PR 00977


San Juan Trading
Mario Julia Industrial Park
641 Calle B
San Juan PR 00920


San Miguel Manufacturing Inc.
Box 1401
Ciales PR 00638


Sheila M. Miranda Ruiz
Parcelas Ramon T. Colon
Calle 2 C-78
Trujillo Alto PR 00976


Sonia Betancourt
HC-645
Box 6408
Trujillo Alto PR 00976


Sonia Hernandez
Calle 2 #323
Bo. Santo Domingo
Saint Just
Trujillo Alto PR 00976

T. Quality Service Inc.
Ave Bairoa
Edificio New Idea Solution
Suite #3
Caguas PR 00727

Wilmary Rosado Martinez
Parcela Ramon T Colon
Calle 11 #277
Trujillo Alto PR 00745

Yadnellys Orta Rodriguez
PO Box 1305
Juncos PR 00777

Yashira Gonzalez Nieves
Urb Vista del Morro
Calle Venezuela H4
Cataño PR 00963